# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150085

RANDY PATTERSON,
      Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

SC: 150085
AGC:  0031-13

_____/

On order of the Court, the complaint for superintending control is considered. Because the Attorney Grievance Commission did not sufficiently communicate the basis for its decision, we DIRECT it to provide a supplemental response, within 28 days of the date of this order, in support of its decision to close AGC File No. 0031-13, specifically explaining why it found that respondent attorney did not commit misconduct when the property at issue was sold based on an appraisal that did not include evaluation of the gas and mineral rights on the property. The supplemental answer will be considered part of the AGC file and held confidential pursuant to MCR 9.126.

The complaint for superintending control remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2015



Clerk

a0527